UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cedar Lane Technologies Inc., <br>         Plaintiff, <br>   v. <br> EZViz Inc., <br>         Defendant. | Case No. 2:19-cv-8629-JAK-AFM <br> **ORDER RE STIPULATED DISMISSAL WITH PREJUDICE (DKT. 21)** <br><br> **JS-6** |

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal with Prejudice filed by Plaintiff Cedar Lane Technologies Inc. and Defendant EZViz Inc. (the "Stipulation"), the Court finds good cause to **GRANT** the Stipulation as follows:

1. that the claims asserted herein by Plaintiff Cedar Lane Technologies Inc. against Defendant EZViz Inc. be, and hereby are, dismissed with prejudice;
2. that the counterclaims and defenses asserted herein by Defendant EZViz Inc. against Plaintiff Cedar Lane Technologies Inc. be, and hereby are, dismissed with prejudice; and
3. that the parties shall bear their own attorneys' fees, expenses, and costs.

IT IS SO ORDERED.

Dated: January 31, 2020  _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE